# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137830 & (78)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                SC: 137830
                                COA: 273407
                                Emmet CC: 06-002597-FC

JOEL NATHAN DUFRESNE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the October 14, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to remand is DENIED.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

d0420